. VAN RENSSELAER *v.* SHAFER.

*(Supreme Court, General Term, Third Department.* February 4, 1890.)

Appeal from special term, Albany county.
Argued before LEARNED, P. J., and LANDON and FISH, JJ.
*W. & G. W. Youmans,* for appellant. *Wm. S. Dyer,* (*G. L. Stedman,* of counsel,) for respondent.

LEARNED, P. J. This case is similar to that of the same plaintiff against Wright, (*ante,* 885.) A similar judgment was recovered in 1863. Shafer died in 1866. No execution was ever issued. Notice of application was served on children of Shafer and on occupants of the land. The judgment has been assigned to Church. No letters of administration or testamentary have been issued on Shafer's estate. He and his heirs have been in actual possession and occupation of the premises ever since the judgment. The application is made under Code, § 376. The decision in the other case controls this. Order reversed, with $10 costs and printing disbursements, and motion denied.

FISH, J., (*concurring.*) The case is in every substantial particular like that of *Van Rensselaer* v. *Wright, ante,* 885, and the order in this case should be reversed on the same grounds as a similar order in that case was reversed. The opinion in the *Wright Case* governs this. Order reversed, with costs and disbursements.